**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

MATTHEW ROBINSON,

    VS                                                        CASE NO. 5:05cv53-RH/WCS

JO ANNE BARNHART,

**REFERRAL AND ORDER**

    The motion/pleading was filed by plaintiff on 07/19/2005 (document #10), and referred to Magistrate Judge William C. Sherrill on 07/20/2005.

    Summary of motion/pleading: MOTION FOR ENLARGEMENT OF TIME

                                          WILLIAM M. MCCOOL, CLERK OF COURT

                                                    s/ Pam Lourcey
                                                  DEPUTY CLERK

---

**ORDER OF COURT**

    Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, the requested relief is **GRANTED.** The time for filing the memorandum is extended to August 18, 2005. Defendant shall have until September 19, 2005, in which to file a reply memorandum.

                                                    S/ William C. Sherrill
                                                  UNITED STATES MAGISTRATE JUDGE