IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW M. ROBINSON,

    Plaintiff,

v.                               CASE NO.  5:05cv53-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This matter is before the court on the magistrate judge's report and recommendation (document 18), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's decision denying plaintiff's application for disability benefits is AFFIRMED.  The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 12th day of December, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge